UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

Criminal No. 13-cr-1-01-JL

v.

<u>Angel Laureano Rivera</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; continuance is limited to 30 days. The motion does not suggest that the USAO has failed to provide timely discovery or otherwise explain why any continuance, much less a 90-day continuance, is required to reach the desired negotiated disposition. Thus, only 30 days are granted. Final Pretrial is rescheduled to August 12, 2013 at 11:30 AM; Trial is continued to the two-week period beginning August 20, 2013, at 9:30 AM. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference. Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

/s/ Joe Laplante
_____
Joseph N. Laplante
Chief Judge

Date: June 19, 2013

cc: Paul Garrity, Esq.
    Alfred Rubega, Esq.
    U.S. Marshal
    U.S. Probation